JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. CV10-09439-AHM(FFMx)<br><br>The Hon. A. Howard Matz<br><br>**JUDGMENT** |

    The Court, having granted Allstate Insurance Company's motion for summary judgment by its Order entered on May 31, 2012, hereby enters judgment in favor of defendant Allstate Insurance Company and against plaintiff Laura Morales.

    It is further ordered and adjudged that plaintiff Laura Morales shall pay defendant Allstate Insurance Company its reasonable costs of suit as determined by the Clerk of Court according to proof.

Dated: June 7, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**
101915484.1

1